[No. 9522.   Department Two.—August 21, 1885.]

# IN THE MATTER OF THE ESTATE OF C. C. LUTHER, Deceased.

67a 319
106   430

Estates of Deceased Persons—Family Allowance—When Properly Refused.
—An order refusing a family allowance to the widow and children of a decedent to whom a homestead consisting of farming land, and also some personal property, had already been set apart, will not be reversed where the petition for such allowance contains no statement that the proceeds of the farm are insufficient.

Appeal from an order of the Superior Court of the county of Stanislaus.

The facts are stated in the opinion.

*Schell & Bond*, for Appellant.

*E. T. Stone*, and *L. J. Maddux*, for Respondent.

Foote, C.—Appeal from an order refusing to make a family allowance to the widow and minor children of deceased. A homestead, consisting of 125 acres of farming land, also some personal property, had been set apart to the widow and children. The petition for family allowance did not contain a statement that the proceeds of the farm were insufficient. Therefore we cannot say that the court erred in refusing the allowance, and the order appealed from should be affirmed.

Searls, C., and Belcher, C. C., concurred.

The Court.—For the reasons given in the foregoing opinion the order is affirmed.